**Order entered November 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00730-CV

### IN RE NURAN, INC., Relator

### Original Proceeding from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-17708

## ORDER

Before the Court is relator's August 11, 2020 petition for writ of mandamus in which relator complains of the trial court's (1) denial of the motion to abate pending joinder of an indispensable party, and (2) denial of the motion to expunge the notices of lis pendens. We request a response, if any, from real parties in interest and respondent by **December 7, 2020.**

.

/s/    CORY L. CARLYLE
       JUSTICE